**ARREST WARRANT**

Indian River County, FLORIDA

Clerk Case No: 2017 CF 75

STATE OF FLORIDA
-vs-
Christopher Deshaun O'Neal
Defendant

Agency: Indian River County Sheriffs Office
Agency#: 2017-11265
Lead Officer: Kevin Heinig
ASA: Lynn D. Sloan
ASA Approve Initials&Date: ______________

☐ DOMESTIC VIOLENCE

In the name of the State of Florida -
To all and Singular Sheriffs of the State of Florida and to Any State Attorney Investigator - Greetings:

Whereas upon the sworn affidavit, complaint or other sworn testimony of Kevin Heinig of the Indian River County Sheriffs Office the undersigned Judge, has found that there exists probable cause to believe that one Christopher Deshaun O'Neal, in Indian River County, Florida did commit the below listed offense(s), contrary to the provisions of Florida Statutes.

FILED FOR RECORD
FELONY DIVISION
2017 JAN 19 AM 9:40
JEFFREY R. SMITH
CLERK OF CIRCUIT COURT
INDIAN RIVER COUNTY, FL

You are HEREBY COMMANDED to arrest:

| | |
|---|---|
| Def Name: | **CHRISTOPHER DESHAUN O'NEAL** |
| Address: | 4536 33rd Ave, Vero Beach, FL 32960 |
| DOB: | [redacted] |
| Race/Sex: | B/M |
| Ht/Wt: | 5'8"/180 |
| Eye/Hair: | BRO/BLK |
| SSN: | [redacted] |
| DL#: | O540-104-87-003-0 |
| FDLE: | 05104120 |
| FBI | |
| Alias: | |

These Are Therefore to Command you to forthwith arrest and bring the above named defendant before me to be dealt with according to law.

1 Attempted First Degree Murder (F 1) Bond $____________
2 Possession Of A Firearm, Ammunition, Electric Weapon, Or Concealed Weapon By A Prohibited Person (F 2) Bond $____________

COUNT 1: On or about January 18, 2017 Christopher Deshaun O'Neal did unlawfully, with a premeditated design to effect the death of any human being, attempt to kill and murder Gary Lee Reed, a human being, in violation of Florida Statute 782.04(1)(a) and 777.04;

COUNT 2: On or about January 18, 2017 Christopher Deshaun O'Neal did own or have in his or her care, custody, possession, or control any firearm, ammunition, or electric weapon or device, or did carry a concealed weapon, including a tear gas gun or chemical weapon or device, after that person had been in violation of Florida Statute 790.23;

LDS 1-18-17

Given under my hand and seal this 18 day of January, 2017, A.D.

Condition of Bond Release/Release on Recognizance: For Count(s): 1
No Contact with Victim: Until further order of the Court or the charge is dismissed by the State, the Defendant shall not directly or indirectly contact the victim Gary Lee Reed in person, by mail, e-mail, fax, telephone, through another person, or in any other manner. This restriction shall include the following condition(s), if marked:

☐ Defendant may not knowingly come closer than 50 feet to the victim at any public place, except for court proceedings, or within 500 feet of the victim's residence or place of employment, or 100 feet of any vehicle regularly driven by the victim;

☐ Defendant may go to victim's residence one time with a law enforcement officer to get Defendant's clothing and personal effects;

☐ Defendant may speak to victim on the telephone *only* to discuss sharing parental responsibility for their minor child(ren).

☒ If marked, Defendant shall be held without bond until the First Appearance Hearing.

(SEAL)
JUDGE

SOS
1-18-17