# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| | | | |
|---|---|---|---|
| Agency Name: *St. Lucie County Sheriff's Office* | | | Case#: *17-00831* |
| ORI: *FL 0560000* | | | Date / Time Reported: *01/19/2017 17:12 Thu* |
| | | | Last Known Secure: *01/19/2017 17:12 Thu* |
| Location of Incident: *7802 LOCKWOOD DR, Fort Pierce FL 34951-* | Premise Type: | Zone/Park: Z03 | At Found: *01/19/2017 17:12 Thu* |

| # | Crime Incident(s) | | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | *Assault / Battery* *SCA* | (Com) | *HANDS/FIST/FEET* | | | | |
| #2 | Crime Incident | ( ) | | | | | |
| #3 | Crime Incident | ( ) | | | | | |

**MO**

**VICTIM**

# of Victims: *1* Type: LAW ENFORCEMENT Injury: None Domestic: N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | *FINNEGAN, JOHN* | *1,* | [redacted] | [redacted] | *W* | *M* | *OT* | | |

| | |
|---|---|
| Home Address: [redacted] | Home Phone: |

| | | |
|---|---|---|
| Employer Name/Address: | Business Phone: | Mobile Phone: |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Home Address: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Home Address: Home Phone:

Employer Name/Address: Business Phone: Mobile Phone:

**PROPERTY**

L = Lost S = Stolen R = Recovered D = Damaged Z = Seized B = Burned C = Counterfeit / Forged F = Found ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Officer/ID#: *Johnson, Thomas (1315)* | | | |
| Invest ID#: *(0)* | | Supervisor: *Pellegrini, Frank J (472)* | |
| Status: Complainant Signature | Case Status: *Cleared By Arrest 01/20/2017* | Case Disposition: *Cleared By Arrest 01/20/2017* | Page 1 |

# INCIDENT/INVESTIGATION REPORT

*St. Lucie County Sheriff`s Office*

Case # *17-00831*

Status Codes L = Lost S = Stolen R = Recovered D = Damaged Z = Seized B = Burned C = Counterfeit / Forged F = Found

| DRUGS | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*PEARSON, P.H. (1262), BRADY, J.E. (825), SINGLETARY, C.E. (1810)*

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 17-00831 *St. Lucie County Sheriff`s Office*

NARRATIVE

# REPORTING OFFICER NARRATIVE

*St. Lucie County Sheriff`s Office*

| Victim | Offense | OCA / Date / Time Reported |
|---|---|---|
| *FINNEGAN, JOHN* | *ASSAULT / BATTERY* | OCA *17-00831* |
| | | Date / Time Reported *Thu 01/19/2017 17:12* |

ON 1/19/2017, WHILE ASSIGNED TO THE US MARSHAL`S REGIONAL FUGITIVE TASK FORCE, AN INVESTIGATION AS TO THE LOCATION OF CHRISTOPHER ONEAL LED ME TO 7802 LOCKWOOD DR. CHRISTOPHER ONEAL IS WANTED FOR ATTEMPTED FELONY MURDER OUT OF INDIAN RIVER COUNTY.

WHILE DRIVING BY 7802 LOCKWOOD DR, TFO PEARSON 417 OBSERVED A BLACK MALE STANDING IN FRONT OF 7802 LOCKWOOD DR FITTING THE DESCRIPTION OF THE TARGET. AS TFO PEARSON DROVE BY A SECOND TIME, THE BLACK MALE WAS NO LONGER IN SIGHT.
AS MULTIPLE TASK FORCE MEMBERS APPROACHED THE RESIDENCE, ANOTHER BLACK MALE APPROACHED FROM THE RESIDENCE TO THE EAST IN AN AGGRESSIVE MANNER AS HE WAS YELLING OBSCENITIES AT US.

TFO FINNEGAN MADE CONTACT WITH THE AGGRESIVE SUBLECT, LATER IDENTIFIED AS JOHNNY EALY, TO EXPLAIN WHY WE WERE AT THIS LOCATION. JOHNNY THREW HIS LEFT HAND IN TFO FINNEGAN`S FACE WHEN TFO FINNEGAN PROTECTED HIMSELF BY REMOVING HIS ARM FROM HIS FACE. JOHNNY THEN SHOVED TFO FINNEGAN WITH HIS RIGHT HAND, KNOCKING TFO FINNEGAN OFF BALANCE AS JOHNNY BEGAN TO QUICKLY MOVE TOWARDS THE GARAGE DOOR. TFO FINNEGAN PLACED HIS ARMS AROUND JOHNNY AND PLACED HIM ON THE GROUND WHERE JOHNNY WAS SECURED.

JOHNNY WAS PLACED UNDER ARREST FOR BATTERY ON A LAW ENFORCEMENT OFFICER AND TRANSPORTED TO THE ST LUCIE COUNTY JAIL.

TO INQUIRE ABOUT TFO FINNEGAN`S REPORT OUT OF INDIAN RIVER COUNTY SHERIFF`S OFFICE, REFER TO CASE NUMBER 2017-12388.

# Incident Report Suspect List

*St. Lucie County Sheriff's Office*

OCA: *17-00831*

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *EALY, JOHNNY ARNESS* | | *7706 LOCKWOOD DR*<br>*FORT PIERCE, FL 34951*<br>*772-579-3121* |
| Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | *53* | *B* | *M* | *N* | *510* | *160* | *BLK* | *BRO* | *DBR* | *E400421623660 FL* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char

*Build, Thin*
*Conversation, Abusive Language*
*Hair Facial, Clean Shaven*
*Hair Length / Bald, alding*
*Hands, Right Handed*