LAWNWOOD REGIONAL MEDICAL CENTER (COCVW)
EMERGENCY PROVIDER REPORT
REPORT#:0208-0415 REPORT STATUS: Signed
DATE:02/08/17 TIME: 1040

PATIENT: EALY,JOHNNY ARNESS UNIT #: H000678835
ACCOUNT#: H00106125203 ROOM/BED:
AGE: 54 SEX: M PCP PHYS: JOHNS, CLAUDETTE, ARNP
SERVICE DT: 01/21/17 AUTHOR: LEONARD, ELLIE VIRGINIA
REP SRV DT: 02/08/17 REP SRV TM: 1040
* ALL edits or amendments must be made on the electronic/computer document *

## HPI-General Illness

### General
**Initial Greet Date/Time** 01/21/17 1258

### Presentation
**Chief Complaint** right shoulder and knee pain

### Free Text HPI Notes
**Free Text HPI Notes**
54-year-old male presents to the ED for evaluation of right shoulder and right knee pain after slip and fall. Patient Pearcy has not had any imaging of the done. Patient attenuating without assistance. Patient denies any numbness, tingling, weakness in bilateral upper and lower extremities. Patient is able to move and fully bend right shoulder and right knee. Patient denies any saddle anesthesia or bladder or bowel incontinence. Patient denies any head injury. She denies any fever, chills, nausea, vomiting

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.

### Review of Systems
**Musculoskeletal**
Reports: Joint pain.

## Past Medical History - Adult
**Stated Complaint** WANT MRI TO RIGHT SHOULDER/ RIGHT KNEE
**Allergies**
**Coded Allergies:**
No Known Allergies (01/21/17)

)( **Review of Nursing Notes** Rev avail, and agree
**Smoking status for patients 13 years old or older:** Current every day smoker

Patient: EALY,JOHNNY ARNESS
Unit#:H000678835
Date: 02/08/17
Acct#:H00106125203

## Physical Exam

### Initial Vital Signs

**Vital Signs**

First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 01/21 1306 |
| B/P | 102/59 | 01/21 1306 |
| Temp | 36.9 | 01/21 1306 |
| Pulse | 115 | 01/21 1306 |
| Resp | 18 | 01/21 1306 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 01/21 1306 |
| B/P | 102/59 | 01/21 1306 |
| Temp | 36.9 | 01/21 1306 |
| Pulse | 115 | 01/21 1306 |
| Resp | 18 | 01/21 1306 |

**Initial VS** Reviewed

### Physical Exam

**General/Const**

**General/Const** Awake, Alert, Well appearing

**Resp/Chest**

**Respiratory/Chest** Breath sounds NL, Breath sounds = bilat, No respiratory distress, No rales, No rhonchi, No wheezing

**Cardiovascular**

**Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, Cap refill not delayed, Peripheral circulation NL

**Upper Extremities**

**Upper Extremity/MS** Atraumatic, Inspection NL, Full range of motion, No swelling

**Right Shoulder**

Tenderness present. Negative: Swelling present, Ecchymosis present, Erythema present, Warmth present, ROM reduced, Joint effusion present, Deformity present, Deformity c/w ant disloc, Abduction reduced, Can't hold at 90 deg abd, Deltoid sensory deficit, Open fracture present, Pulses distal absent, Pulses distal decreased, Neuro deficit present.

**Lower Extremities**

**Lower Ext/Pelvis/MS** Atraumatic, Inspection NL, Full range of motion, No swelling
**Right Knee**
Tenderness present. Negative: Swelling present, Ecchymosis present, Erythema present, Warmth present, ROM reduced, ROM painful, Joint effusion present, Pre-patellar effusion, Patella tender, Patella dislocated, Anterior drawer test pos, Lachman's test positive, Lateral collat lig tender, Medial collat lig tender, Deformity present, Open fracture present, Pulse popliteal absent, Pulse popliteal decreased, Pulses distal absent, Pulses distal decreased, Neuro deficit present.

## Interpretation & Diagnostics

### Lab Results Interpretation

**Results**
Recent Impressions:
**RADIOLOGY - KNEE COMP RIGHT 01/21 1325**
*** Report Impression - Status: SIGNED Entered: 01/21/2017 1356

IMPRESSION:

1. No acute fractures or dislocations. Four views right knee.

Impression By: PHY.JJD - JOSE DIAZ-HERNANDEZ, MD
**RADIOLOGY - SHOULDER COMPLETE RIGHT 01/21 1325**
*** Report Impression - Status: SIGNED Entered: 01/21/2017 1357

IMPRESSION:

1. No acute fractures or dislocations.

Impression By: PHY.JJD - JOSE DIAZ-HERNANDEZ, MD

**Imaging Statement**
Radiographic studies reviewed and considered in the medical decision-making.

Patient: EALY,JOHNNY ARNESS
Unit#:H000678835
Date: 02/08/17
Acct#:H00106125203

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 01/21 1306 |
| B/P | 102/59 | 01/21 1306 |
| Temp | 36.9 | 01/21 1306 |
| Pulse | 115 | 01/21 1306 |
| Resp | 18 | 01/21 1306 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 01/21 1306 |
| B/P | 102/59 | 01/21 1306 |
| Temp | 36.9 | 01/21 1306 |
| Pulse | 115 | 01/21 1306 |
| Resp | 18 | 01/21 1306 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Knee sprain
**Secondary Impressions:** Multiple contusions, Shoulder sprain

### Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Date** 01/21/17

### Discharge/Care Plan
**Counseled Regarding** Diagnosis, Imaging studies, Prescriptions, Need for follow-up, When to return to ED
**Prescriptions Reviewed** Risks, Benefits, Alternative treatment

LAWNWOOD Regional Medical Center & Heart Institute

Lawnwood Regional Medical Center
1700 South 23rd Street
Fort Pierce, FL 34950
(772) 461-4000

# Discharge Summary (Chart Copy)

Date: 01/21/2017
Time: 2:02 p.m.

Treating Provider: Hussein Mustafa, MD    Phone:    Fax:

Provider Signature: <Electronically signed by Hussein Mustafa,MD.>

Patient Name: JOHNNY EALY    MR#: H000678835    Account: H00106125203

Patient Address: 7802 LOCKWOOD DRIVE
FT PIERCE , FL 34951    Phone: (772) 460-9919

| Your Discharge Instructions/Diagnoses: | Your Prescriptions: |
| --- | --- |
| KNEE SPRAIN<br>SPRAINED SHOULDER | Naprosyn 500 Milligram # 15<br>1 TABLET TWICE DAILY (0 Refills).Printed. |

The Emergency Department physician has reviewed your home medications and if any changes were made they will be listed below under follow up notes. If no changes were listed below, continue to take your medications as prescribed by your physician.In addition to any new medications prescribed during this emergency department visit.

You should follow up with the following physician in 2 days:

Physician Name: Christopher, D.O. Beiser    Specialty: ORS

Address: 2402 Frist Blvd.
Ste. 102/103
Fort Pierce , FL 34950    Phone: (772) 465-4651

Follow-up Notes: On 01/21/2017 this patient was treated at Lawnwood Regional Medical Center for Refer to Discharge Instruction List.

If you have been referred to a specialist in Gastrointestinal Gastroente rology, General Surgery, Gynecology, Obstetrics, or Urology, you will be contacted by ER Follow up Appointment Services with in 24 hours to schedule your appointment. If you would like to schedule an appointment and have not received a call, plea se call us at 772-448-5088

I understand that the emergency care I received is not intended to be completed and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician as indicated for continued and completed medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified if any significant discrepancies. The ED physician has reviewed your home medications list and if any changes were made they will be listed below. If no changes were listed below continue to take your medications as prescribed by your physician in addition to any new medications as prescribed and directed on this emergency department visit. Thank you for choosing Lawnwood Regional Medical Center for your health care needs.

**I have read and understand the above, received a copy of applicable inst ruction sheets, and will arrange for follow-up care.**

X Johnny A. Ealy
Signature    Patient/Parent/Guardian    Date/Time

I certify that I have received a list of new medications, and changes to continued home medications that I should take after I am discharged from the Emergency Department, that these changes and additions have been explained to me, and I understand the reason for the changes and new medications.

X Johnny A. Ealy
Signature    Patient/Parent/Guardian    Date/Time

*PINS*