**AMEND INFORMATION TO ADD DEFENDANT'S AKA DOB**
IN THE CIRCUIT COURT FOR THE NINETEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, FOR ST. LUCIE COUNTY

STATE OF FLORIDA

Case No. (s):
56-2017-CF-000176-A

-vs-

(A) Johnny Arness Ealy - [redacted] - B/M
AKA DOB [redacted]
Defendant(s)

(A) Ct. 1: Battery On Law Enforcement Officer Or Firefighter (F 3)

**AMENDED INFORMATION**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:
BE IT REMEMBERED that BRUCE H. COLTON, State Attorney for the Nineteenth Judicial Circuit of the State of Florida, prosecuting for the State of Florida, in St. Lucie County, under oath, information makes that in St. Lucie County:

COUNT 1: On or about January 19, 2017 Johnny Arness Ealy did intentionally touch or strike John Finnegan against that person's will or did intentionally cause bodily harm to said person, and at the time of the battery John Finnegan was a law enforcement officer or firefighter who was engaged in the lawful performance of a legal duty, and the defendant knew John Finnegan was a law enforcement officer or firefighter, in violation of Florida Statutes 784.03 and 784.07(2)(b);

contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Florida.

I do hereby state that I am instituting this prosecution in good faith.

Sara K. Hedges
Assistant State Attorney for the
Nineteenth Judicial Circuit of
Florida, prosecuting for said State
Fla. Bar No. 98985
Designated eService address:
SA19eService@sao19.org

STATE OF FLORIDA
County of St. Lucie

Personally appeared before me Sara K. Hedges, Assistant State Attorney for the Nineteenth Judicial Circuit of the State of Florida, who being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to by the material witnesses as true and which, if true, would constitute the offense(s) therein charged.

The foregoing instrument was acknowledged before me this 7th day of March, 2017 by Sara K. Hedges, who is personally known to me and who did take an oath.

Notary Public

JESSICA DELARM
Commission # GG 001551
Expires June 13, 2020
Bonded Thru Troy Fain Insurance 800-385-7019