# 2017CF000176 A - STATE OF FLORIDA vs. EALY, JOHNNY ARNESS

## SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| **Judge:** | SWEET, GARY L | **Case Type:** | CRIMINAL FELONY | **Status:** | CLOSED |
| **Case Number:** | 2017CF000176 A | **Uniform Case Number:** | 562017CF000176AXXXXX | | |
| **Clerk File Date:** | 1/20/2017 | **Status Date:** | 8/13/2018 | | |
| **SAO Case Number:** | | **Total Fees Due:** | 0.00 | | |
| **Agency:** | ST LUCIE COUNTY SHERIFF'S OFFICE | **Agency Report #:** | 1700831 | **Custody Location:** | |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| DEFENDANT | EALY, JOHNNY ARNESS | MOSHER, EDWARD JOSEPH (Deactivated: 08/20/2018) |
| PLAINTIFF | STATE OF FLORIDA | MILLER, JUSTIN THOMAS (Deactivated: 11/30/2017) |
| PLAINTIFF | STATE OF FLORIDA | HEDGES, SARA (Deactivated: 08/15/2018) |

## CHARGES

| COUNT | DESCRIPTION | LEVEL | DEGREE | PLEA | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|---|---|
| 1 | BATTERY ON LAW ENFORCEMENT OFFICER OR FIREFIGHTER (784.07.2B) | F | T | | ADJUDICATED GUILTY | 08/13/2018 |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT |
|---|---|---|---|---|
| 8/13/2018 9:00 AM | CHANGE OF PLEA HEARING | SWEET, GARY L | Courtroom 2B - HC | SENTENCE IMPOSED |
| 6/26/2018 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE HEARD / NEW COURT DATE SET |
| 5/30/2018 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 4/24/2018 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY DEFENSE MOTION |
| 3/13/2018 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY DEFENSE MOTION |
| 2/13/2018 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY DEFENSE MOTION |
| 1/9/2018 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY DEFENSE MOTION |
| 11/28/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY DEFENSE MOTION |
| 10/17/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 9/12/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CANCELLATION OF HEARING PRIOR TO COURT |
| 8/8/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 6/27/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY DEFENSE MOTION PRIOR TO COURT |
| 5/16/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |
| 4/11/2017 9:00 AM | DOCKET CALL - PRI ATTY | SWEET, GARY L | Courtroom 2B - HC | CASE CONTINUED BY STIPULATED MOTION PRIOR TO COURT |

## CASE HISTORY

| CASE NUMBER | CHARGE DESCRIPTION | CASE STATUS | DISPOSITION | OUTSTANDING AMOUNT | NEXT EVENT | ALERTS |
|---|---|---|---|---|---|---|

No Additional Cases

## CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| Request | 100 | 8/1/2019 | PAYMENT $45.00 RECEIPT #2019000063532 |
| Request | 99 | 7/1/2019 | PAYMENT $100.00 RECEIPT #2019000054521 |
| Request | 98 | 5/31/2019 | PAYMENT $100.00 RECEIPT #2019000045649 |
| Request | 97 | 5/1/2019 | PAYMENT $100.00 RECEIPT #2019000036761 |
| Request | 96 | 4/1/2019 | PAYMENT $100.00 RECEIPT #2019000027598 |
| Request | 95 | 3/1/2019 | PAYMENT $100.00 RECEIPT #2019000017816 |
| Request | 94 | 2/1/2019 | PAYMENT $100.00 RECEIPT #2019000009117 |
| 2 | 0 | 1/31/2019 | CERTIFIED FINAL JUDGMENT ( V ) - Recorded (Other.4228.1207 / 4526704) ( V ) |
| Request | 92 | 1/2/2019 | PAYMENT $100.00 RECEIPT #2019000000012 |
| Request | 91 | 11/30/2018 | PAYMENT $100.00 RECEIPT #2018000091044 |
| Request | 90 | 11/1/2018 | PAYMENT $100.00 RECEIPT #2018000083450 |
| 3 | 89 | 10/1/2018 | PARTIAL PAYMENT AGREEMENT ( V ) |
| Request | 88 | 10/1/2018 | PAYMENT $100.00 RECEIPT #2018000074648 |

| IMAGE | | DATE | ENTRY |
|---|---|---|---|
| 1 | 87 | 9/21/2018 | NOTICE OF UNPAID JUDGMENT/FEES SENT |
| 2 | 0 | 8/21/2018 | FINAL JUDGMENT FOR FINES FEES COSTS ( V ) - Recorded (Other.4171.1420 / 4472173) ( V ) |
| 5 | 0 | 8/20/2018 | JUDGMENT AND SENTENCE ( V ) - Recorded (Other.4171.100 / 4471788) ( V ) |
| | 86 | 8/20/2018 | "RECIPIENTS: MOSHER, EDWARD JOSEPH - SUBJECT: SERVICE OF COURT DOCUMENT – 2017CF000176 A, STATE OF FLORIDA VS. EALY, JOHNNY ARNESS - ATTACHMENT COUNT: 2 - EMAIL DOCKET DESCRIPTIONS: EFJDGSENT-8/17/2018,FJFC-8/17/2018" |
| 1 | 83 | 8/20/2018 | CERTIFICATE OF CANCELLATION OF BOND |
| 2 | 85 | 8/17/2018 | FINAL JUDGMENT FOR FINES FEES COSTS ( V ) |
| 5 | 84 | 8/17/2018 | JUDGMENT AND SENTENCE ( V ) |
| 1 | 81 | 8/15/2018 | COMMITMENT TO COUNTY JAIL ( V ) |
| 3 | 77 | 8/13/2018 | SENTENCING GUIDELINES SCORESHEET ( V ) |
| 7 | 78 | 8/13/2018 | PLEA AGREEMENT ( V ) |
| | 82 | 8/13/2018 | COURT MINUTES: COP/ SENTENCING: DEFENDANT APPEARED IN OPEN COURT WITH ATTY E. MOSHER. ASA S. HEDGES WAS PRESENT. DEFENDANT WAS SWORN AND PLEAD NO CONTEST AS TO CT 1- BATTERY ON LAW ENFORCEMENT OFFICER F.S. 784.03 AND 784.07(2B) F-3. FACTUAL BASIS FOUND. PLEA ACCEPTED. DEFENDANT WAS ADJUDICATED GUILTY AND SENTENCED AS TO A DOWNWARD DEPARTURE AS TO CT 1- FORTY SIX (46) DAYS COUNTY JAIL WITH 46 DAYS C.T.S. COURT ORDERED REDUCED TO A LIEN: $418 COURT COSTS, $200 COST OF PROSECUTION, $50 COST OF INVESTIGATION, $201 DOMESTIC VIOLENCE SURCHARGE, AND $151 RAPE CRISIS TRUST FUND. BF/AP/DC |
| | 80 | 8/13/2018 | SURETY BOND AS6K560604 (784.07.2B) RELEASED |
| | 79 | 8/13/2018 | CASE CLOSED |
| 8 | 75 | 6/29/2018 | NOTICE OF COURT DATE |
| | 74 | 6/29/2018 | CHANGE OF PLEA HEARING SET FOR 08/13/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 76 | 6/26/2018 | COURT MINUTES: DOCKET CALL: DEFENDANT NOT PRESENT IN OPEN COURT, PRESENCE WAIVED. ATTY E. MOSHER AND ASA S.HEDGES WERE PRESENT. CASE SET FOR A CHANGE OF PLEA ON 08/13/2018 AT 9:00 AM. MA/BF/DC |
| 6 | 73 | 5/17/2018 | NOTICE OF COURT DATE |
| | 72 | 5/17/2018 | DOCKET CALL - PRI ATTY SET FOR 06/26/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 71 | 5/17/2018 | ORDER TO CONTINUE ( V ) |
| 1 | 70 | 5/16/2018 | MOTION TO CONTINUE FILED ( V ) |
| 6 | 68 | 4/26/2018 | NOTICE OF COURT DATE |
| | 67 | 4/26/2018 | DOCKET CALL - PRI ATTY SET FOR 05/30/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 69 | 4/24/2018 | COURT MINUTES: DOCKET CALL- DEFENDANT DID NOT APPEAR IN OPEN COURT (WAIVER ON FILE). ATTY E. MOSHER AND ASA S. HEDGES WERE PRESENT. DEFENSE MOTION TO CONTINUE WAS GRANTED. CASE SET FOR DOCKET CALL ON 05/30/2018 AT 9;00 AM. |
| 2 | 66 | 3/22/2018 | NOTICE OF TAKING DEPOSITION ( V ) |
| 6 | 64 | 3/16/2018 | NOTICE OF COURT DATE |
| | 63 | 3/16/2018 | DOCKET CALL - PRI ATTY SET FOR 04/24/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 65 | 3/13/2018 | COURT MINUTES: DOCKET CALL: DEFENDANT WAS NOT PRESENT, PRESENCE WAIVED. ATTY E. MOSHER AND ASA S. HEDGES WERE PRESENT. DEFENSE MADE A MOTION TO CONTINUE. MOTION GRANTED. CASE SET FOR DOCKET CALL ON 4/24/2018 AT 9:00 AM. (DS/BF/DC) |
| 8 | 60 | 2/15/2018 | NOTICE OF COURT DATE |
| | 59 | 2/15/2018 | DOCKET CALL - PRI ATTY SET FOR 03/13/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 62 | 2/13/2018 | COURT MINUTES: DOCKET CALL: DEFENDANT NOT PRESENT IN OPEN COURT, PRESENCE WAIVED. ATTY E. MOSHER AND ASA S. HEDGES WERE PRESENT. DEFENSE WAIVED SPEEDY TRIAL. DEFENSE MADE A MOTION TO CONTINUE. MOTION GRANTED. CASE SET FOR DOCKET CALL ON 03/13/2018 AT 9:00 AM. AP/DC |
| | 61 | 2/13/2018 | SPEEDY TRIAL WAIVED |
| 1 | 58 | 1/25/2018 | NOTICE OF TAKING DEPOSITION (AMENDED) ( V ) |
| 8 | 56 | 1/10/2018 | NOTICE OF COURT DATE |
| | 55 | 1/10/2018 | DOCKET CALL - PRI ATTY SET FOR 02/13/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 57 | 1/9/2018 | COURT MINUTES: DOCKET CALL- DEFENDANT DID NOT APPEAR IN OPEN COURT (WAIVER ON FILE). ATTY E. MOSHER AND ASA S. HEDGES WERE PRESENT. DEFENSE MOTION TO CONTINUE WAS GRANTED. CASE SET FOR DOCKET CALL ON 02/13/2018 AT 9:00 AM. |
| 1 | 54 | 12/7/2017 | NOTICE OF TAKING DEPOSITION (AMENDED) ( V ) |
| 8 | 53 | 11/30/2017 | NOTICE OF COURT DATE |
| | 52 | 11/30/2017 | DOCKET CALL - PRI ATTY SET FOR 01/09/2018 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 50 | 11/30/2017 | PROSECUTOR: HEDGES, SARA ASSIGNED |
| | 51 | 11/28/2017 | COURT MINUTES: DOCKET CALL: DEFENDANT NOT PRESENT IN OPEN COURT, PRESENCE WAIVED. ATTY E. MOSHER AND ASA S. HEDGES WERE PRESENT. DEFENSE MADE A MOTION TO CONTINUE. MOTION GRANTED. CASE SET FOR DOCKET CALL ON 01/09/2018 AT 9:00 AM. AP/BF/DC |
| 2 | 49 | 11/9/2017 | NOTICE OF TAKING DEPOSITION (AMENDED) ( V ) |
| 1 | 48 | 11/8/2017 | MOTION TO CONTINUE FILED ( V ) |
| 2 | 47 | 10/30/2017 | NOTICE OF TAKING DEPOSITION ( V ) |
| 2 | 46 | 10/30/2017 | NOTICE OF TAKING DEPOSITION ( V ) |
| 9 | 45 | 10/11/2017 | NOTICE OF COURT DATE |
| | 44 | 10/11/2017 | DOCKET CALL - PRI ATTY SET FOR 11/28/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 43 | 10/10/2017 | ORDER TO CONTINUE ( V ) |
| 1 | 42 | 10/9/2017 | MOTION TO CONTINUE FILED ( V ) |
| 8 | 41 | 9/5/2017 | NOTICE OF COURT DATE |
| | 40 | 9/5/2017 | DOCKET CALL - PRI ATTY SET FOR 10/17/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 39 | 9/5/2017 | ORDER TO CONTINUE ( V ) |
| 1 | 38 | 9/1/2017 | MOTION TO CONTINUE FILED ( V ) |
| 9 | 37 | 7/20/2017 | NOTICE OF COURT DATE |
| | 36 | 7/20/2017 | DOCKET CALL - PRI ATTY SET FOR 09/12/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 35 | 7/20/2017 | ORDER TO CONTINUE ( V ) |
| 1 | 34 | 7/19/2017 | MOTION TO CONTINUE FILED ( V ) |
| 8 | 33 | 6/21/2017 | NOTICE OF COURT DATE |

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| | 32 | 6/21/2017 | DOCKET CALL - PRI ATTY SET FOR 08/08/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 31 | 6/21/2017 | ORDER TO CONTINUE ( V ) |
| 1 | 30 | 6/20/2017 | MOTION TO CONTINUE FILED ( V ) |
| 8 | 28 | 5/9/2017 | NOTICE OF COURT DATE |
| | 27 | 5/9/2017 | DOCKET CALL - PRI ATTY SET FOR 06/27/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 29 | 5/8/2017 | MOTION TO CONTINUE FILED ( V ) |
| 1 | 26 | 5/8/2017 | ORDER TO CONTINUE ( V ) |
| 8 | 25 | 3/30/2017 | NOTICE OF COURT DATE |
| | 24 | 3/30/2017 | DOCKET CALL - PRI ATTY SET FOR 05/16/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| 1 | 23 | 3/30/2017 | ORDER TO CONTINUE ( V ) |
| 1 | 22 | 3/29/2017 | MOTION TO CONTINUE FILED ( V ) |
| 2 | 21 | 3/22/2017 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 2 | 20 | 3/21/2017 | RESPONSE TO DEMAND FOR DISCOVERY (SUPPLEMENTAL) ( V ) |
| 1 | 19 | 3/10/2017 | WAIVER OF APPEARANCE ( V ) |
| | 18 | 3/8/2017 | "RECIPIENTS: MOSHER, EDWARD JOSEPH - SUBJECT: SERVICE OF COURT DOCUMENT – 2017CF000176 A, STATE OF FLORIDA VS. EALY, JOHNNY ARNESS - ATTACHMENT COUNT: 1 - EMAIL DOCKET DESCRIPTIONS: AMIF-3/7/2017" |
| 1 | 17 | 3/7/2017 | INFORMATION AMENDED ( V ) |
| 3 | 16 | 3/6/2017 | DEMAND FOR NOTICE OF ALIBI ( V ) |
| 8 | 15 | 2/10/2017 | NOTICE OF COURT DATE |
| | 14 | 2/10/2017 | DOCKET CALL - PRI ATTY SET FOR 04/11/2017 AT 9:00 AM IN 2B/ , CIRCUIT JUDGE: SWEET, GARY L |
| | 13 | 2/10/2017 | PROSECUTOR: MILLER, JUSTIN THOMAS ASSIGNED |
| 1 | 12 | 2/9/2017 | INFORMATION ( V ) |
| | 11 | 2/1/2017 | DEFENSE ATTORNEY: MOSHER, EDWARD JOSEPH ASSIGNED |
| 2 | 10 | 1/30/2017 | NOTICE OF DISCOVERY ( V ) |
| 1 | 9 | 1/30/2017 | NOTICE OF APPEARANCE WAIVER OF ARRAIGNMENT AND WRITTEN PLEA OF NOT GUILTY ( V ) |
| 3 | 7 | 1/23/2017 | BOND RECEIVED ( V ) |
| 1 | 6 | 1/23/2017 | NOTICE ON DEMAND ( V ) |
| | 8 | 1/23/2017 | SURETY BOND AS6K560604 POSTED $3,750.00 |
| 2 | 5 | 1/20/2017 | ARREST REPORT - INITIATING CASE ( V ) |
| 1 | 4 | 1/20/2017 | NONADVERSARY PROBABLE CAUSE DETERMINATION ( V ) |
| 2 | 3 | 1/20/2017 | FIRST APPEARANCE FORM ( V ) |
| | 2 | 1/20/2017 | CIRCUIT JUDGE SWEET, GARY L: ASSIGNED |
| | 1 | 1/20/2017 | CASE FILED 01/20/2017 CASE NUMBER 2017CF000176 A |

JOSEPH E. SMITH, CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 4472188 OR BOOK 4171 PAGE 1700, Recorded 08/20/2018 01:37:13 PM

IN THE CIRCUIT/COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST LUCIE COUNTY, FLORIDA

___ Modified
___ Resentence
___ Amended
___ Corrected
___ Mitigated
___ Community Control Violator
___ Probation Violator

Case Number: 562017CF000176AXXXXX

**STATE OF FLORIDA**
**- vs -**
**JOHNNY ARNESS EALY**
Defendant

___ Sexual Predator
___ Sex Offender
___ Minor Victim
___ Sentenced in Absentia

## JUDGMENT

The Defendant, JOHNNY ARNESS EALY being personally before this Court represented by AttorneyEDWARD JOSEPH MOSHER, the Attorney of record, and the State represented by SARA HEDGES, and having:

___ been tried and found guilty by Jury/by the Court of the following crime(s).
___ entered a plea of guilty to the following crime(s).
X **entered a plea of nolo contendere to the following crime(s)**
___ Admitted Violation of Probation
___ Found Guilty of Violation of Probation
___ Admitted a Violation of Community Control
___ Found Guilty of Violation of Community Control

| Count | Crime | Offense Statute Number(s) | Level / Degree | OBTS Number |
|---|---|---|---|---|
| 1 | BATTERY ON LAW ENFORCEMENT OFFICER OR FIREFIGHTER | 784.03 AND 784.07(2B) | F-3 | 5601225591 |

X **and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s). ; AS TO COUNT(S) 1**

___ and being a qualified offender pursuant to Florida Statute 943.325 - defendant shall be required to submit DNA samples as required by law

___ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

**BF/AP/DC**



St. Lucie County File Date: 08/17/2018 12:38 PM

____ Violation of Probation, Previously Adjudged Guilty
____ Violation of Community Control, Previously Adjudged Guilty
____ Resentenced
____ Modified
____ Amended
____ Mitigated
____ Corrected

Case Number 562017CF000176AXXXXX

OBTS Number 5601225591

**Defendant** **JOHNNY ARNESS EALY**

# SENTENCE

**(As to Count 1 )**

The Defendant, being personally before this Court, accompanied by the Defendant's Attorney of record EDWARD JOSEPH MOSHER and having been adjudicated guilty, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the Defense should not be sentenced as provided by law, and no cause being shown

__ and the Court having on _____ deffered imposition of sentence until this date.

__ and the Court having previously entered a judgment in this case on_____ now resentence the Defendant.

___ and the Court having placed the Defendant on ________________ and having subsequently revoked the Defendant's ____________________.

## It Is The Sentence Of Court that:

__ The defendant pay a fine of ______ pursuant to section 775.083, Florida Statutes, plus ______ as the 5% surcharge required on 938.04, Florida Statutes.
__ The Defendant is hereby committed to the custody of the Department of Corrections
**_X_ The Defendant is hereby committed to the custody of the Sheriff of St. Lucie County Florida.**
__ The Defendant is sentenced as a youthful offender in accordance with section958.04, Florida Statutes.

**To Be Imprisoned (check one; unmarked sections are inapplicable.):**

__ For a term of Natural Life.
__ For a term of Natural Life with a 25 year mandatory minimum
**_X_ For a term of 46.00 DAY(S)**
__ The SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If 'split' sentence complete the appropriate Paragraph.

__ Followed by a period of _____ on Community Control under the supervision of the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.

__ Followed by a period of _____ probation under the supervision of the Department of Corrections according to the terms and conditions of supervision as set forth in a separate order.

__ However, after serving a period of imprisonment in CNTY JAIL, the balance of the sentence will be suspended and the Defendant will be on Probation/Community Control under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control as set forth in a separate order.

In the event the Defendant is ordered to serve additional, split sentences, all incarceration portions shall be satisfied before the Defendant begins service of the supervision terms

562017CF000176AXXXXX

SPECIAL PROVISIONS
(As to Count 1)

By appropriate notation, the following provisions apply to the sentence imposed
Mandatory/ Minimum Provisions:

| | | |
|---|---|---|
| *Firearm* | ___ | It is further ordered that the _______ minimum imprisonment provisions of section 775.087, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Drug Trafficking* | ___ | It is further ordered that the _______ minimum imprisonment provisions of section 893.135, Florida Statutes, is hereby imposed for the sentence specified in this court, and that the Defendant pay a fine of $___, pursuant to section 893.135, Florida Statutes, plus $___ as a 5% surcharge. |
| *Law Enforcement* | ___ | It is further ordered that the ________ minimum mandatory imprisonment provision of section 784.07, Florida Statutes, is hereby imposed for the sentence specified in this count. |
| *Controlled Substance Within 1,000 Feet of School* | ___ | It is further ordered that the 3 year minimum imprisonment provision of section 893.13(1)(c), Florida Statutes, is hereby imposed for the sentence in this count. |
| *Habitual Felony Offender* | ___ | The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the Court are set forth in a separate order or stated on the record in open court. |
| *Habitual Violent Felony* | ___ | The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of sections 775.084(4)(b), Florida Statutes. A minimum term of ________ year(s) must be served prior to release. The requisite findings of the Court are set forth in a separate order as stated on the record in open court. |
| *Violent Career Criminal* | ___ | The Defendant is adjudicated a violent career criminal and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(d), Florida Statutes, A minimum of ________ must be served prior to release. The requisite findings of the Court as set forth in a separate order or stated on the record in open court. (For crimes committed on or after May 24, 1997.) |
| *Capital Offense* | ___ | It is further that the Defendant shall serve no less than 25 years in accordance with provisions of section 775.082(1), Florida Statutes. (For first degree murder committed prior to May 25, 1994, and for any other capital felony committed prior to October 1, 1995.) |
| *Prison Releasee* | ___ | Defendant is adjudged a prison releasee reoffender in accordance with the provision of section 775.082(9), FL Statutes. |
| *Sexual Predator* | ___ | Defendant is adjudged a sexual predator in accordance with provision of section 775.21, Florida Statutes. |

**Other Provisions:**
**Jail Credit**

X It is further ordered that the Defendant shall be allowed a total of 46 DAY(S) as credit for time incarcerated before imposition of this sentence.

*Credit for Time Served in Resentencing After Violation of Probation or Community Control*

It is further ordered that the Defendant be allowed _____ days time served between date ofarrest as a violator following Release from prisonto the date of resentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served and unforfeited gain time previously awarded on case/count ________ (Offenses committed before October 1, 1989)

It is further ordered that the Defendant be allowed _____ days time served between date or arrest as a violator following release from prison to the date ofresentencing. The Department of Correction shall apply original jail time credit and shall compute and apply credit for time served on case/count
(Offenses committed between October 1, 1989, and December 31, 1993)

- _ The Court deems the unforfeited gain time previously awarded on the above case/count forfeited under section 948.06(6), Florida Statutes.
- _ The Court allows unforfeited gain time previously awarded on the above case/count. (Gain time may be subject to forfeiture by the Department of Corrections under section 944.28(1)), Florida Statutes.

It is further ordered that the Defendant be allowed _____ time served between date of arrest as a violator following release from prison to the date ofresentencing. The Department of Corrections shall apply original jail time credit and shall compute and apply credit for time served only pursuant to section 921.0017, Florida Statutes, on case/ count . (Offenses committed on or after January 1, 1994)

*Consecutive/ Concurrent As To Other Counts* ___ It is further ordered that the sentence imposed for this count shall run _____ with the sentence set forth in count _____ of this case.

_____ Violation of Probation, Previously Adjudged Guilty
_____ Violation of Community Control, Previously Adjudged Guilty
_____ Resentenced
_____ Modified
_____ Amended
_____ Mitigated
_____ Corrected

**Case Number: 562017CF000176AXXXXX**

**Defendant: JOHNNY ARNESS EALY**

**Other provisions, continued:**

**Consecutive/Concurrent**
**To Other Convictions**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order will run
(check one) [ ] Consecutive To [ ] Concurrent To

**Concurrent with the following:**

**(check one)**

[ ] any active sentence being served
[ ] specific sentences: ______________________________

____________________________________________

____________________________________________

____________________________________________

In the event the above sentence is to the Department of Corrections, the Sheriff of St. Lucie County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections and the facility designated by the department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statute.

The Defendant in open court was advised of the right to appeal from this Sentence by filing notice of appeal within 30 days from this date with the Clerk of this Court and the Defendant's right to the assistance of counsel in taking the appeal at the expense of the state upon a showing of indigency

In imposing the above sentence, the Court further recommends / orders

____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________

DONE AND ORDERED in Open Court at St. Lucie County, Florida, on August, 13 2018.

Nunc Pro Tunc to: __________________________

__________________________________
Circuit/County Judge GARY L SWEET